

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Petrohawk Properties, L.P., and P-H Energy, L.L.C., Appellants

No. 06-14-00003-CV        v.

Noel Diane Jones, et al., Appellees

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 11-0849).  Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter* participating.  *Justice Carter, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  We affirm that part of the trial court's judgment awarding damages to Appellees for Petrohawk's breach of contract.  We reverse the part of the trial court's judgment as to attorney fees and remand at part of the case to the trial court for further proceedings consistent with this opinion.

We further order that the appellants pay seventy-five percent (75%) and appellees pay twenty-five percent (25%) of all costs of appeal.

RENDERED JANUARY 14, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk